# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

May 30, 2024

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007-1312



      Re:    Laureano v. Milk Burger Inc et al, et al.
              Case 1:24-cv-01776-KPF

Dear Judge Failla:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Initial Pretrial Conference in this matter is currently scheduled for June 7, 2024, at 3:30 p.m., in Your Honor's Courtroom. The Defendants have yet to appear and/or answer in this matter, though properly served. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date most convenient to this Honorable Court. Thank you for your consideration of this first adjournment request.

                                          Sincerely,

                                      By: /S/ B. Bradley Weitz
                                             B. Bradley Weitz, Esq. (BW9365)
                                             THE WEITZ LAW FIRM, P.A.
                                             Attorney for Plaintiff
                                             Bank of America Building
                                             18305 Biscayne Blvd., Suite 214
                                             Aventura, Florida 33160
                                             Telephone: (305) 949-7777
                                             Facsimile: (305) 704-3877
                                             Email: bbw@weitzfirm.com

Application GRANTED.  The Court takes no position on whether Defendants have been properly served, given Plaintiff has not filed an affidavit containing proof of service as required by Federal Rule of Civil Procedure 4(l).  Plaintiff advised of his obligation to do so within 90 days of the filing of the complaint, *i.e.*, on or before **June 5, 2024**.  *See* Fed. R. Civ. P. 4(m)

The initial pretrial conference scheduled for June 7, 2024, is hereby ADJOURNED to **July 16, 2024**, at **3:00 p.m.**  As before, the conference will be telephonic, and the dial-in instructions are as follows:  At the scheduled date and time, the parties are to call (888) 363-4749 and enter access code 5123533.

The parties are advised of their obligation to file a pre-conference submission, as required by the Notice of Initial Pretrial Conference (Dkt. #7), on or before **July 11, 2024**.

The Clerk of Court is directed to terminate the pending motion at docket entry 8.

Dated:     May 31, 2024                SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE