# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

July 7, 2024

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007-1312



      Re:    Laureano v. Milk Burger Inc et al, et al.
             Case 1:24-cv-01776-KPF

Dear Judge Failla:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Initial Pretrial Conference in this matter is currently scheduled for July 16, 2024, at 3:00 p.m., in Your Honor's Courtroom. The Defendants have yet to appear and/or answer in this matter. As it is, two Defendants are missing in this matter. Plaintiff will be seeking leave of Court to file an amended complaint. As such, in order to afford additional time for the Defendants to be served, formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 45-day adjournment of next week's Conference to a date most convenient to this Honorable Court. Thank you for your consideration of this first adjournment request.

                          Sincerely,

                          By: /S/ B. Bradley Weitz
                              B. Bradley Weitz, Esq. (BW9365)
                              THE WEITZ LAW FIRM, P.A.
                              Attorney for Plaintiff
                              Bank of America Building
                              18305 Biscayne Blvd., Suite 214
                              Aventura, Florida 33160
                              Telephone: (305) 949-7777
                              Facsimile: (305) 704-3877
                              Email: bbw@weitzfirm.com

Application GRANTED. Plaintiff shall file his amended complaint on or before **July 21, 2024.** The initial pretrial conference scheduled for July 16, 2024, is hereby ADJOURNED to **August 29, 2024,** at **10:00 a.m.** As before, the conference will be telephonic and the dial-in information is as follows: At the scheduled date and time, the parties are to call (888) 363-4749 and enter access code 5123533.

Plaintiff is reminded of his obligation, jointly with Defendants, to file a pre-conference statement on or before **August 22, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated:    July 8, 2024         SO ORDERED.
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE