# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

August 21, 2024

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007-1312



        **Re:**    **Laureano v. Milk Burger Inc et al, et al.**
                  **Case 1:24-cv-01776-KPF**

Dear Judge Failla:

      The undersigned represents the Plaintiff in the above-captioned case matter.

      The Initial Pretrial Conference in this matter is currently scheduled for August 29, 2024, at 10:00 a.m., in Your Honor's Courtroom. The Defendants have yet to appear and/or answer in this matter, as Plaintiff has had to amend its Complaint to serve new Defendants to this case. Plaintiff sought leave of Court to file an Amended Complaint, and, at this time, the Defendants have not been served. As such, to afford additional time for the Defendants to be served, formally appear, and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 45-day adjournment of next week's Conference to a date most convenient to this Honorable Court. Thank you for your consideration of this third adjournment request.

                                                  Sincerely,

                                                  By: /S/ B. Bradley Weitz
                                                       B. Bradley Weitz, Esq. (BW9365)
                                                       THE WEITZ LAW FIRM, P.A.
                                                       Attorney for Plaintiff
                                                       Bank of America Building
                                                       18305 Biscayne Blvd., Suite 214
                                                       Aventura, Florida 33160
                                                       Telephone: (305) 949-7777
                                                       Facsimile: (305) 704-3877
                                                      Email: bbw@weitzfirm.com

Application GRANTED. The initial pretrial conference and all associate deadlines (Dkt. #11) are hereby ADJOURNED *sine die*, pending further order of the Court, which will reschedule the conference (as needed) once Defendants have responded to the amended complaint.

The Clerk of Court is directed to terminate the pending motion at docket entry 20.

Date:    August 22, 2024
         New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE