UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN LAUREANO,

                Plaintiff,

-v.-

MILK BURGER INC. *d/b/a* MILK BURGER BRONX, POINT BRUCKNER HOLDINGS LLC, POINT BRUCKNER HOLDINGS JJG LLC, and POINT BRUCKNER HOLDINGS RTG LLC

                Defendants.

24 Civ. 1776 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      As Defendants Point Bruckner Holdings LLC, Point Bruckner Holdings JJG LLC, and Point Bruckner Holdings RTG LLC have now appeared in this action (Dkt. #36) and filed an answer to the Amended Complaint (Dkt. #38), the Court will hold an initial pretrial conference in this matter on **November 22, 2024,** at **12:00 p.m.**  The conference will be telephonic.  The dial-in information is as follows:  At the designated time, the parties shall call (888) 363-4749 and enter access code 5123533.

      The parties shall abide by the Court's rules as set forth in the Notice of Initial Pretrial Conference.  (Dkt. #7).

      SO ORDERED.

Dated:  October 18, 2024
           New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge